FILED

10/11/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0294

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0294

_____

CARL DOWLER, as personal representative
of the Estate of MELISSA DOWLER,
and ASHLEY DOWLER,

       Plaintiffs and Appellants,

v.                                                              O R D E R

NATIONWIDE MUTUAL INSURANCE
COMPANY and DARLENE LESAGE,

       Defendants and Appellees.

_____

On September 7, 2022, the mediator for this appeal filed a report stating that the case has settled. Nothing further has been filed.

Therefore, and pursuant to M. R. App. P. 7(7)(b),

IT IS ORDERED that this appeal is DISMISSED.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 11 2022